In Re: Nomination Papers of David Fattah.

Argued October 4, 1979, before Judges CRUMLISH, JR., DiSALLE and MACPHAIL, sitting as a panel of three.

*Lawrence R. Watson, II,* for appellant.

*William G. Schwartz,* for appellee.

OPINION BY JUDGE CRUMLISH, JR., October 9, 1979:

Upon consideration of the pleadings, record and cogent arguments of counsel, we affirm on the able opinion of Judge STANLEY GREENBERG, entered October 3, 1979 at No. 3772 August Term, 1979, Court of Common Pleas of Philadelphia County.

Affirmed.

ORDER

AND Now, this 9th day of October, 1979, the opinion and order of the Court of Common Pleas of Philadelphia County entered October 3, 1979 at No. 3772 August Term, 1979 is affirmed.